<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
JOSEPH A. ARIETTA;                     )
DONALD EARL CUMMINGS;                  )
SANDRA L. GODSHALK;                    )
MARY J. HOMA;                          ) Civil Action
EDWARD S. KUCHAR;                      ) No. 04-CV-05306
KATHLEEN R. KUHNS;                     )
KATHLEEN R. MONDOK;                    )
JOSEPH F. O'HARA;                      )
PHILLIP T. PONGRACZ;                   )
KAREN PONGRACZ;                        )
THOMAS L. PORTLAND;                    )
KATHLEEN TEAY; and                     )
MARY ANN YORINA,                       )
                                       )
            Plaintiffs                 )
                                       )
      v.                               )
                                       )
CITY OF ALLENTOWN;                     )
JOSEPH BLACKBURN, Individually         )
  and in his Official Capacity         )
  as Police Chief of the               )
  City of Allentown;                   )
RONALD S. MANESCU, Individually        )
  and in his Official Capacity         )
  as Assistant Police Chief            )
  of the City of Allentown;            )
FRANK PETERS, Individually             )
  and in his Official Capacity         )
  as a Supervisory Officer             )
  of the Allentown Police              )
  Department; and                      )
ROY AFFLERBACH, Individually           )
  and in his Official Capacity         )
  as Mayor of the City of              )
  Allentown,                           )
                                       )
            Defendants                 )
                                       )
      and                              )
                                       )
ALLENTOWN WOMEN'S CENTER,              )
                                       )
            Movant                     )
```

O R D E R

NOW, this 12th day of July, 2007, upon consideration of the Motion to Intervene and accompanying Complaint in Intervention filed by movant Allentown Women's Center on April 5, 2007; upon consideration of Plaintiffs' Memorandum of Law in Opposition to Non-Party Allentown Women's Center's Motion to Intervene, which opposition was filed April 16, 2007; upon consideration of Defendants' Response to the Motion to Intervene of Allentown Women's Center, which opposition was filed April 16, 2007; after oral argument conducted on April 18, 2007; and for the reasons expressed in the accompanying Opinion,

IT ORDERED that the Motion to Intervene is denied.

IT IS FURTHER ORDERED that movant Allentown Women Center's Complaint in Intervention is dismissed.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge